UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NICHOLAS LUONGO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>          v.<br><br>DESKTOP METAL, INC., RIC FULOP, JAMES HALEY, ALI EL-SIBLANI, and MICHAEL JAFAR,<br><br>    Defendants. | Civil Action No. 1:21-cv-12099-IT<br>Consolidated Action<br><br>Consolidated with:<br>    No. 1:22-cv-10059-IT<br>    No. 1:22-cv-10173-IT<br>    No. 1:22-cv-10297-IT |

## JUDGMENT

September 21, 2023

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc. No. 124] on the Defendants' Motion to Dismiss [Doc. No. 109] the Corrected Consolidated Class Action Complaint for Violations of the Federal Securities Law [Doc. No. 107], JUDGMENT IS HEREBY ENTERED in favor of Defendants and against Plaintiffs. All parties shall bear their own costs and fees. This consolidated case is CLOSED.

IT IS SO ORDERED.

                                                      /s/  Indira Talwani
                                                      United States District Judge